UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY BIBBS, | No. C 09-2031 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Sergeant SINGH; et al., | |
| Defendants. / | |

The claims against defendants Salgado and Mora are dismissed without prejudice to plaintiff filing an action against them if he ever complies with the requirement for exhaustion of administrative remedies. Judgment is entered in the other defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 17, 2011

_____
Marilyn Hall Patel
United States District Judge